1

2

3                IN THE UNITED STATES DISTRICT COURT

4              FOR THE EASTERN DISTRICT OF CALIFORNIA

5   JOHNNY C. THOMAS,

6             Petitioner,              No. CIV S-11-0180 CMK (TEMP) P

7        vs.

8   GARY SWARTHOUT,

9             Respondent.              ORDER

10   _____/

11             Petitioner has requested the appointment of counsel.  There currently exists no

12   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

13   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

14   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

15   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

16   served by the appointment of counsel at the present time.

17             Accordingly, IT IS HEREBY ORDERED that petitioner's July 6, 2011 request for

18   appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of

19   the proceedings.

20

21    DATED:   July 18, 2011

22                                        _____
                                          CRAIG M. KELLISON
23                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

hm; thom0180.110