1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNNY C. THOMAS,

11              Petitioner,                    No. CIV S-11-0180 KJM CKD

12      vs.

13   GARY SWARTHOUT,                           <u>ORDER</u>

14              Respondent.

15   _____/

16              Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  By order dated December 5, 2011, this court denied

18   petitioner's July 25, 2011 motion for evidentiary hearing.  (Dkt. No. 30.)  On January 4, 2012,

19   petitioner filed another motion for evidentiary hearing.  For the reasons stated in its earlier order,

20   the court will deny this motion also.  <u>See</u> <u>Cullen v. Pinholster</u>, __ U.S. __, 131 S.Ct. 1388

21   (2011).

22   ////

23   ////

24   ////

25   ////

26   ////

1

1          Accordingly, IT IS HEREBY ORDERED that petitioner's January 4, 2012 motion

2     for evidentiary hearing (Dkt. No. 33) is denied.

3      Dated: January 10, 2012

4                                                 _____
                                                  CAROLYN K. DELANEY
5                                                 UNITED STATES MAGISTRATE JUDGE

6

7
      2
8     thom0180.ord

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26