IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY C. THOMAS,

    Petitioner,                        No. CIV S-11-0180 KJM CKD

    vs.

GARY SWARTHOUT,                    ORDER

    Respondent.

_____/

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order dated December 5, 2011, this court denied petitioner's July 25, 2011 motion for evidentiary hearing. (Dkt. No. 30.) On January 4, 2012, petitioner filed another motion for evidentiary hearing. For the reasons stated in its earlier order, the court will deny this motion also. See Cullen v. Pinholster, __ U.S. __, 131 S.Ct. 1388 (2011).

////
////
////
////
////
////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's January 4, 2012 motion
2  for evidentiary hearing (Dkt. No. 33) is denied.
3  Dated: January 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
thom0180.ord