IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY C. THOMAS,

        Petitioner,               No. CIV S-11-0180 KJM CKD P

        vs.

GARY SWARTHOUT,

        Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B).

        On December 5, 2011, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 5, 2011, are adopted in full;

2. Petitioner's motion to dismiss in part (Docket No. 19) is granted, such that the following claims are dismissed: trial court erred in admitting prior conviction for impeachment purposes; and trial court erred in denying petitioner's motion to suppress evidence;

3. Respondent's motion to dismiss petition in part (Docket No. 15) is granted, such that the following additional claims are dismissed: ineffective assistance of trial counsel Moe; and actual innocence; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: March 31, 2012.

_____
UNITED STATES DISTRICT JUDGE

/thom0180.805hcd