1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNNY C. THOMAS,

11          Petitioner,                        No. CIV S-11-0180 KJM CKD P

12        vs.

13   GARY SWARTHOUT,

14          Respondent.                        ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

18   Judge as provided by 28 U.S.C. § 636(b)(1)(B).

19          On December 5, 2011, the magistrate judge filed findings and recommendations,

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty-one days.  Petitioner has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file,

25   the court finds the findings and recommendations to be supported by the record and by the

26   proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed December 5, 2011, are adopted in

3    full;

4    2.  Petitioner's motion to dismiss in part (Docket No. 19) is granted, such that the

5    following claims are dismissed: trial court erred in admitting prior conviction for impeachment

6    purposes; and trial court erred in denying petitioner's motion to suppress evidence;

7    3.  Respondent's motion to dismiss petition in part (Docket No. 15) is granted,

8    such that the following additional claims are dismissed: ineffective assistance of trial counsel

9    Moe; and actual innocence; and

10   4.  The court declines to issue the certificate of appealability referenced in 28

11   U.S.C. § 2253.

12   DATED:  March 31, 2012.

13

14   _____

15   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26   /thom0180.805hcd