IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY C. THOMAS,

    Petitioner,                                    No. CIV S-11-0180 CKD KJM P

    vs.

GARY SWARTHOUT,                            ORDER

    Respondent.

_____/

        On December 5, 2011, this court issued an order denying petitioner's motion for evidentiary hearing. The court also issued findings and recommendations as to various claims in this action. Petitioner filed objections to the recommendations, which were adopted by the district judge on March 31, 2012. Petitioner also filed a second motion for evidentiary hearing, denied on January 11, 2012.

        On March 23, 2012, plaintiff filed yet another motion for evidentiary hearing. Petitioner's filing of frivolous and successive motions is a burden on this court and impedes the proper prosecution of this action. Petitioner's future filings shall therefore be limited as set forth below.

////

////

1

Accordingly, IT IS HEREBY ORDERED:

1. Petitioner's March 23, 2012 motion for evidentiary hearing (Dkt. No. 23) is denied;

2. Petitioner may only file the following documents:

    a. One opposition to any motion filed by respondent (and clearly titled as such);

    b. Only one motion pending at any time. Such motion must be properly noticed for hearing. Petitioner is limited to one memorandum of points and authorities in support of the motion and one reply to any opposition; and

    c. One set of objections to any future findings and recommendations.

Failure to comply with this order shall result in improperly filed documents being stricken from the record and may result in a recommendation that this action be dismissed.

Dated: April 2, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
thom0180.limit

2