IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY C. THOMAS,

    Petitioner,               No. 2:11-cv-0180 KJM CKD P

   vs.

GARY SWARTHOUT,

    Respondent.          ORDER

_____/

       Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 9, 2012, petitioner filed a motion seeking to "represent himself with co-counsel." He also seeks various forms of injunctive relief, including an order directing respondent to provide him eight hours a day of cell phone use, an allowance of "up to $1,000 a month for legal expenses," and daily copy machine access. He also seeks an "investigator assistant." (Dkt. No. 52.)

       Petitioner's motion is frivolous, as none of these are appropriate grounds for relief on federal habeas review. All concern the conditions of his confinement, not the legality or duration of his confinement. See Brashear v. Clark, 2009 WL 3211405 (E.D. Cal. Sept. 30, 2009). Petitioner is advised against filing additional frivolous motions in this habeas action.

\\\\\

Accordingly, IT IS HEREBY ORDERED THAT petitioner's July 9, 2012 motion to represent himself (Dkt. No. 52) is denied.

Dated: August 3, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
thom0180.injunct