IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY C. THOMAS,

      Petitioner,                    No. 2:11-cv-0180 KJM CKD P

    vs.

GARY SWARTHOUT,

      Respondent.                <u>ORDER</u>

_____/

        In light of the district court's September 26, 2012 resolution of the remaining claim at issue in respondent's June 28, 2011 motion to dismiss, the court will order respondent to file an answer to those claims remaining in this action.  Respondent is advised that if he wishes to argue that petitioner's ineffective assistance claim as to attorney Moe should be dismissed on the ground of procedural bar or for any other reason, he may do so (<u>see</u> Dkt. No. 60 at 1-2); however, respondent's answer should alternatively address this claim on the merits.

////

////

////

////

////

IT IS HEREBY ORDERED that respondent shall file an answer to petitioner's claims of ineffective assistance challenging the effectiveness of petitioner's preliminary hearing counsel, Dawn Polvorosa; plaintiff's trial counsel, Ronald Moe; and any other remaining claims, within sixty days. Petitioner's reply, if any, shall be due thirty days thereafter.

Dated: November 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
thom0180.ord